922

cuit. Certiorari granted. *Solicitor General Rankin, Stephen Leonard* and *Dominick L. Manoli* for petitioner. *Arthur J. Goldberg* and *David E. Feller* for the United Steelworkers of America, respondent.

No. 729. NOWAK *v.* UNITED STATES; and

No. 749. MAISENBERG *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted. *Ernest Goodman* and *Geo. W. Crockett, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. Reported below: 238 F. 2d 282.

No. 383, Misc. ESKRIDGE *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Washington granted. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Michael R. Alfieri,* Assistant Attorney General, for respondent.

No. 757. CITY OF ST. PETERSBURG ET AL. *v.* ALSUP ET AL. C. A. 5th Cir. Certiorari denied. *Lewis T. Wray, Harry I. Young* and *Frank D. McDevitt* for petitioners.

No. 766. FIELD ENTERPRISES, INC., *v.* PARKER ET AL. C. A. 7th Cir. Certiorari denied. *Robert B. Johnstone* for petitioner.

No. 767. CHICAGO CITY BANK & TRUST CO., TRUSTEE, ET AL. *v.* CITY OF HIGHLAND PARK. Supreme Court of Illinois. Certiorari denied. *L. Louis Karton* for petitioners.